# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| REMONE LEON ROBINSON, ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 5:13-CV-00005-RLV |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 28, 2013, Order.

March 28, 2013

Frank G. Johns, Clerk
United States District Court